November 13, 1945. The petitions for writs of certiorari are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.

No. 480. FIELDS *v.* FERGUSON ET AL. November 19, 1945. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. William J. Kirby* for petitioner. *Mr. Aaron L. Ford* for respondents.

No. 482. ESTATE OF HANAUER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Morris L. Ernst* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Bernard Chertcoff* for respondent.

No. 498. NORTH DAKOTA *v.* SZARKOWSKI. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Nels G. Johnson,* Attorney General of North Dakota, and *P. O. Sathre,* Assistant Attorney General, for petitioner.

No. 500. ALBA TRADING CO., INC. *v.* MUSHER FOUNDATION, INC. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Joffe* for petitioner. *Mr. Harry Price* for respondent.